FILED

AUG 1 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  NICOLE A. DILLER (State Bar No. 154842)
   ANDREW C. SULLIVAN (State Bar. No. 226902)
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, California 94105
   Telephone:  (415) 442-1000
4  Facsimile:   (415) 442-1001

5  Attorneys for Defendant Pitney Bowes Inc.
   Long-Term Disability Plan

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

12  CARA A. BURKE,                      Case No.: C 04-04483 MHP

13             Plaintiff,
                                        JOINT STIPULATION FOR BRIEFING
14       vs.                            SCHEDULE RE CROSS MOTIONS FOR
                                        SUMMARY JUDGMENT
15  PITNEY BOWES INC.
    LONG TERM DISABILITY PLAN,

17             Defendant.

19       WHEREAS, on February 28, 2005, the Defendant the Pitney Bowes Inc. Long-Term

20  Disability Plan and Plaintiff Cara A. Burke (collectively, the "Parties") appeared before the Court

21  for this matter's Case Management Conference;

22       WHEREAS, at that time, the Court ordered the Parties to file simultaneous dispositive

23  briefs on the proper standard of review;

24       WHEREAS, on May 17, 2005, the Parties filed a Joint Stipulation for Modification of

25  Briefing Schedule to permit the Parties to respond to the opposing party's brief;

26       WHEREAS, on May 18, 2005, the Court entered an order for modification of briefing

27  schedule;

28       WHEREAS, on August 8, 2005, the Court ruled that it will review Defendant's decision

1-SF/7271264.1                           1          JOINT STIPULATION FOR BRIEFING SCHEDULE
                                                    RE CROSS MOTIONS FOR SUMMARY JUDGMENT
                                                    Case No.: C 04-04483 MHP

to deny Plaintiff's claim for disability benefits under an abuse of discretion standard;

NOW, THEREFORE, pursuant to Local Rule 6-2, the Parties stipulate through their undersigned counsel of record, and respectfully request the Court to order, as follows:

1. Each party shall file a motion for summary judgment on October 12, 2005.

2. Each party shall file a response brief on October 26, 2005.

3. The Parties request oral argument be set for November 14, 2005 at 2:00 p.m. or as soon thereafter as this matter may be heard by the Court.

This stipulation affects no date previously set by the Court.

Respectfully submitted,

Dated: August 11, 2005                    MORGAN, LEWIS & BOCKIUS LLP

By _____
Nicole A. Diller
Andrew C. Sullivan
Attorneys for Defendant Pitney Bowes Inc.
Long-Term Disability Plan

Dated: August 11, 2005                    ROBOOSTOFF & KALKIN

By _____
Constantin V. Roboostoff
Attorneys for Plaintiff Cara A. Burke

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/17/06

By _____
Honorable Marilyn H. Patel
United States District Court Judge